MCGUIREWOODS LLP
BLAKE S. OLSON SBN #277293
1800 Century Park East, 8th Floor
Los Angeles, CA  90067
Telephone:  310.315.8200
Facsimile: 310.315.8210
Email:  bolson@mcguirewoods.com

Attorney for Defendant Bank of America, N.A.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DARRIN, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No. 2:12-cv-00228-MCE-KJN<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT JANUARY 10, 2013 MOTION TO DISMISS HEARING**<br><br>Date: January 10, 2013<br>Time: 2:00 p.m.<br>Courtroom: 7 |

1    Having read the request of counsel for Defendant Bank of America, N.A.

2  ("Defendant") to appear telephonically and good cause shown, the Court grants

3  Defendant's request to appear telephonically at the Motion to Dismiss hearing

4  scheduled for January 10, 2013 at 2:00 p.m. in Courtroom 7.

5    IT IS SO ORDERED:

6

7  Dated:  January 8, 2013

8                                                       _____

9                                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                        UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT JANUARY 10, 2013
MOTION TO DISMISS HEARING