UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DARRIN, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., & TRANS UNION LLC,<br><br>Defendants. | **Case No. 2:12-cv-00228-MCE-KJN**<br><br>**ORDER EXTENDING THE NUMBER OF PERMITTED INTERROGATORIES**<br><br>District Court Judge:  Hon. Morrison C. England, Jr.<br><br>Magistrate Judge:  Hon. Kendall J. Newman |

**PLEASE TAKE NOTICE** that having read the Joint Stipulation and request of Defendant Bank of America, N.A. ("BANA" or "Defendant") and Plaintiff Jude Darrin ("Plaintiff") (collectively referred to as the "Parties") to increase the number of permitted interrogatories, and good cause having been shown, the Court hereby enters the Parties' Joint Stipulation as the order of this Court.  It is therefore ordered that:

1. The number of permitted interrogatories in this matter shall be increased from 25 to 50.

Dated:  August 14, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER