UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DARRIN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　　　Defendant. | Case No: 2:12-cv-00228-MCE-KJN<br><br>**ORDER TO EXTEND THE DISCOVERY CUT OFF DATES**<br><br>District Court Judge: Honorable Morrison C. England, Jr.<br><br>Magistrate Judge: Honorable Kendall J. Newman |

**PLEASE TAKE NOTICE** that having read the Joint Stipulation and request of Plaintiff Jude Darrin ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (collectively referred to as the "Parties"), to move the date for non-expert discovery to January 31, 2014 and the date for disclosure of expert witnesses to March 28, 2014, and good cause showing, the Court hereby enters the Parties' Joint Stipulation as the order of this Court. The last date for non-expert discovery is January 31, 2014 and the last date for disclosure of expert witnesses is March 28, 2014.

IT IS SO ORDERED.

Dated: November 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT