Linda Deos, No. 179170
Law Office of Linda Deos
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Deoslawyer@gmail.com

John B. Keating (SBN:148729)
2995 Woodside Road, Suite 350
Post Office Box 620622
Woodside, California 94062
Telephone: (650) 851-5900
Facsimile: (650) 851-5912

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DARRIN, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al, <br><br> Defendants. | Case No. 2:12-CV-00228-MCE-KJN <br><br> **ORDER RE PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF HER COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AGAINST BANK OF AMERICA, N.A., ONLY** |

**FINDING THAT GOOD CAUSE EXISTS,**

Pursuant to Plaintiffs' request, ECF No. 85, IT IS HEREBY ORDERED that Defendant Bank of America, N.A., is HEREBY DISMISSED WITH PREJUDICE from Plaintiff's Complaint for Damages and Injunctive Relief.

IT IS SO ORDERED.

**Dated:  February 17, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1