UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DARRIN, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., & TRANS UNION LLC,<br><br>Defendants. | Case No. 2:12-cv-00228-MCE-KJN<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE MARCH 28, 2013 SCHEDULING ORDER** |

1    Defendants Experian Information Solutions, Inc., Trans Union LLC, and
2 Equifax Information Services, LLC (collectively, the "CRAs"), with Plaintiff Jude
3 Darrin ("Plaintiff," and together with the CRAs, the "Parties"), by their counsel,
4 having filed a Stipulation to Set Aside Scheduling Order and good cause showing,
5 THE COURT NOW FINDS that the same should be granted.
6    IT IS ORDERED THAT the March 28, 2013 Scheduling Order is set aside,
7 and all deadlines set therein are vacated.
8    IT IS FURTHER ORDERED that a Rule 16 conference will be scheduled
9 within 60 days of the filing of the CRAs' responses to Plaintiff's Third Amended
10 Complaint.

12  Dated:  September 3, 2014

14    MORRISON C. ENGLAND, JR., CHIEF JUDGE
      UNITED STATES DISTRICT COURT