1  Sarah G. Conway (State Bar No. 261414)
   sgconway@jonesday.com
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071.2300
4  Telephone:  +1.213.489.3939
   Facsimile:   +1.213.243.2539
5
   Attorneys for Defendant
6  Experian Information Solutions, Inc.

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| JUDE DARRIN, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., & TRANS UNION LLC,<br><br>DefendantS. | Case No. 2:12-cv-00228-MCE-KJN<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>[RE: SETTLEMENT CONFERENCE BEFORE HONORABLE ALLISON CLAIRE]<br><br>**[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE TO JUNE 4, 2015 AT 9 A.M.**<br><br>Current Date: April 30, 2015<br>New Date:     June 4, 2015<br>Time:              9:00 a.m.<br>Courtroom:    26, 8th Floor |

**[PROPOSED] ORDER**

The Court, having considered the parties' Joint Stipulation to Continue Settlement Conference, and good cause appearing therefore, HEREBY ORDERS that the settlement conference before Judge Claire be continued until June 4, 2015 at 9 a.m.

IT IS SO ORDERED.

DATED: April 20, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE