Robert J. Schuckit, Esq. (IN #15342-49)
   *(admitted Pro Hac Vice)*
William R. Brown, Esq. (IN #26782-48)
   *(admitted Pro Hac Vice)*
Justin T. Walton, Esq.  (IN #29540-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com
          wbrown@schuckitlaw.com
          jwalton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JUDE DARRIN, individually, and on behalf of the general public,<br><br>                    Plaintiff,<br><br>         vs.<br><br>BANK OF AMERICA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; &  TRANS UNION LLC;<br>                    Defendants. | CASE NO. 2:12-cv-00228-MCE-KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

       Plaintiff Jude Darrin, individually, and on behalf of the general public, ("Plaintiff") by

counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and

**STIPIULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:12-CV-00228-MCE-KJN**

1    agree that all matters herein between them have been compromised and settled, and that

2    Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party

3    to bear its own costs and attorneys' fees.

4

5                                                   Respectfully submitted,

6

7    Date:  06/29/15                              /s/ Linda Deos (with consent)
                                                  Linda Deos, Esq.  (Bar #179170)
8                                                 Deos Law, P.C.
                                                  770 L Street, Suite 950
9                                                 Sacramento, CA  95814
                                                  Telephone:  (916) 442-4442
10                                                Fax:  (916) 583-7693
                                                  E-Mail:  deoslawyer@gmail.com
11

12                                                John Bradford Keating, Esq. (Bar #148729)
                                                  Law Offices of John B. Keating
13                                                2995 Woodside Road, Ste 3500
                                                  Woodside, CA 94062
14                                                Telephone:  (650) 851-5900
                                                  Fax:  (650) 851-5912
15                                                E-Mail:  jbkeating@aol.com
16

17                                                *Counsel for Jude Darrin*

18

19   Date:  06/30/15                              /s/ Justin T. Walton
                                                  Robert J. Schuckit, Esq. (IN #15342-49)
20                                                   *(admitted Pro Hac Vice)*
                                                  William R. Brown, Esq. (IN #26782-48)
21                                                   *(admitted Pro Hac Vice)*
                                                  Justin T. Walton, Esq.  (IN #29540-49)
22                                                   *(admitted Pro Hac Vice)*
                                                  Schuckit & Associates, P.C.
23                                                4545 Northwestern Drive
                                                  Zionsville, IN  46077
24                                                Telephone:  317-363-2400
                                                  Fax:  317-363-2257
25                                                E-Mail:  rschuckit@schuckitlaw.com
                                                          wbrown@schuckitlaw.com
26                                                        jwalton@schuckitlaw.com
27

28                                                *Lead Counsel for Defendant Trans Union, LLC*

**STIPIULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:12-CV-00228-MCE-KJN**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPIULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:12-CV-00228-MCE-KJN**

**ORDER**

Pursuant to the parties' signed stipulation, all claims of Plaintiff Jude Darrin, individually, and on behalf of the general public, against Defendant Trans Union, LLC are DISMISSED with prejudice.  Plaintiff Jude Darrin, individually, and on behalf of the general public, and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  July 8, 2015

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DISTRIBUTION TO:

| | |
|---|---|
| Linda Deos, Esq. <br> deoslawyer@gmail.com | John B. Keating, Esq. <br> jbkeating@aol.com |
| Amanda K. Pushinsky, Esq. <br> apushinsky@jonesday.com | Blake S. Olson, Esq. <br> bolson@mcguirewoods.com |
| Kendall W. Carter, Esq. <br> kcarter@kslaw.com | Laura E. Coombe, Esq. <br> lcoombe@mcguirewoods.com |
| Monica Katz-Lapides, Esq. <br> mkl@tateandassociates-law.com | Sarah G. Conway, Esq. <br> sgconway@jonesday.com |
| Thomas P. Quinn, Jr., Esq. <br> tquinn@nokesquinn.com | Tracy E. Moyer, Esq. <br> tmoyer@mcguirewoods.com |
| William R. Brown, Esq. <br> wbrown@schuckitlaw.com | Robert J. Schuckit, Esq. <br> rschuckit@schuckitlaw.com |
| Justin T. Walton, Esq. <br> jwalton@schuckitlaw.com | |