1 | Linda Deos, (SBN: 179170)
2 | Deos Law, PC
    770 L Street, Suite 950
    Sacramento, CA 95814
3 | (916) 442-4442
    (916) 583-7693 (Fax)
4 | Deoslawyer@gmail.com

5 | John B. Keating (SBN: 148729)
    2995 Woodside Road, Suite 350
6 | Post Office Box 620622
    Woodside, California 94062
7 | Telephone: (650) 851-5900
    Facsimile: (650) 851-5912
8 |
    Attorneys for Plaintiff
9 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Case No. 2:12-cv-00228-MCE-KJN |
| JUDE DARRIN, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY WITH PREJUDICE** |
| Plaintiff, | |
| vs. | |
| BANK OF AMERICA, N.A., et al, | |
| Defendants. | |

Pursuant to a partial settlement of the above-captioned action and Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between Plaintiff Jude Darrin ("Plaintiff") and Defendant Experian Information Solutions, Inc. that all claims for relief in the above-captioned action, as they pertain to Experian Information Solutions, Inc. only, be dismissed with prejudice.  This Stipulation for Dismissal shall not affect Plaintiff's claims against any party other than Experian Information Solutions, Inc.  Plaintiff and Experian Information Solutions,

Inc. shall bear their own costs, including attorneys' fees, with respect to the claims dismissed hereby.

Respectfully submitted, this the 14 day of July, 2015.

           DEOS LAW, PC

         /s/*Linda Deos*
         LINDA DEOS
         Attorney for Plaintiff, Jude Darrin

         JONES DAY

         By: */s/ Sarah G. Conway*
         SARAH G. CONWAY
         Attorneys for Defendant
         EXPERIAN INFORMTION SOLUTIONS, INC.

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, all claims of Plaintiff Jude Darrin, individually, and on behalf of the general public, against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Jude Darrin, individually, and on behalf of the general public, and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.   This case remains active against the other named Defendants.

IT IS SO ORDERED.

Dated:  July 17, 2015

         _____
         MORRISON C. ENGLAND, JR., CHIEF JUDGE
         UNITED STATES DISTRICT COURT