THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 210
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

KENDALL W. CARTER
KING & SPALDING LLP
1180 PEACHTREE STREET
ATLANTA, GA 30309
Tel: (404)572-2495
Fax: (404)572-5138
Email: kcarter@kslaw.com

Attorneys for DEFENDANT EQUIFAX INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DARRIN, individually and on behalf of the public,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, & TRANS UNION LLC,<br><br>Defendants. | Case No: 2:12-cv-00228-MCE-KJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY WITH PREJUDICE**<br><br><br>Chief Judge Morrison C. England, Jr. |

Pursuant to a partial settlement of the above-captioned action and Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between Plaintiff Jude Darrin ("Plaintiff") and Defendant Equifax Information Services LLC

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 1 –
STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT
EQUIFAX INFORMATION SERVICES LLC ONLY WITH PREJUDICE

("Equifax") that all claims for relief in the above-captioned action, as they pertain to Equifax only, be dismissed with prejudice.  This Stipulation of Dismissal shall not affect Plaintiff's claims against any party other than Equifax.  Plaintiff Equifax shall bear their own costs, including attorneys' fees, with respect to the claims dismissed hereby.

Dated: November 16, 2015          DEOS LAW, PC

                                              */s/ Linda D. Deos*
                                              LINDA D. DEOS
                                              Attorneys for Plaintiff
                                              JUDE DARRIN

Dated: November 16, 2015          KING & SPALDING LLP

                                              */s/ Kendall W. Carter*
                                              KENDALL W. CARTER
                                              *Admitted Pro Hac Vice*
                                              Attorneys for Defendant
                                              EQUIFAX INFORMATION
                                              SERVICES LLC

## ORDER

      In accordance with the foregoing stipulation, and good cause appearing, all claims of Plaintiff Jude Darrin against Defendant Equifax Information Services LLC, are dismissed, with prejudice.   This dismissal shall not affect Plaintiff's claims against any party other than Equifax.   Plaintiff Jude Darrin and Defendant Equifax Information Services LLC shall each bear their own costs and attorneys' fees.

      IT IS SO ORDERED.

Dated:  November 16, 2015

                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 2 –
STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT
EQUIFAX INFORMATION SERVICES LLC ONLY WITH PREJUDICE